IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN TERRY                                                                                      PLAINTIFF

v.                                    NO. 4:17CV00657-JLH-BD

GARY STEWART, et al.                                                                      DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Kevin Terry's claims against Defendants Smith, Hurt, and Edwards are DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE